# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ALBERT WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:14-cv-158 |
| | * | |
| v. | * | |
| | * | |
| DR. BRUCE COX; FATHER JAMES O'NEIL; and UNKNOWN STAFF, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's April 28, 2016, Report and Recommendation, dkt. no. 28, to which Plaintiff has filed Objections, dkt. no. 30. Defendants filed a Response to Plaintiff's Objections. Dkt. No. 34. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections.[1] Consequently, the

---

[1] As Defendants note in their Response to Plaintiff's Objections, Plaintiff has been transferred out of the Federal Correctional Institution in Jesup, Georgia, which is another reason Plaintiff's claims are moot. "An inmate's claim for injunctive relief against prison officials is subject to dismissal for mootness when the prisoner is transferred to another prison and is no longer under the control of the prison officials against whom injunctive relief is sought." Cassell v. Kemp, No. 6:15-CV-88, 2016 WL 638712, at *3 (S.D. Ga. Jan. 5, 2016), *report and recommendation adopted*, No. 6:15-CV-88,

Court **GRANTS** Defendants' Motion for Summary Judgment, **DISMISSES** without prejudice Plaintiff's claims against "Unknown Staff", **DISMISSES** Plaintiff's Complaint, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 19 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

2016 WL 632593 (S.D. Ga. Feb. 17, 2016) (citing Spears v. Thigpen, 846 F.2d 1327, 1328 (11th Cir. 1988) (per curiam); Wahl v. McIver, 773 F.2d 1169, 1173 (11th Cir. 1985) (per curiam) ("Absent class certification, an inmate's claim for injunctive relief and declaratory relief in a section 1983 action fails to present a case or controversy once the inmate has been transferred.")).

AO 72A
(Rev. 8/82)